#067562

ORIGINAL

FILED
JAN 14 2008
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

| | | |
|---|---|---|
| NORTHROP CORPORATION EMPLOYEE INSURANCE BENEFIT PLANS MASTER TRUST, | ) | |
| Plaintiff, | ) | No. 08-23 T |
| v. | ) | Judge |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**COMPLAINT**

Filed January 14, 2008

1. The action arises under Act June 25, 1948, c. 646, 62 Stat. 940; U.S.C. Title 28, § 1491(a)(1), as hereinafter more fully appears.

2. On or about November 15, 2000, plaintiff timely filed with the Internal Revenue Service ("IRS") Form 990-T, Exempt Organization Business Income Tax Return, for calendar year 1999 ("1999 Form 990-T").

3. On its 1999 Form 990-T, plaintiff reported unrelated business taxable income in the amount of $45,038,444, and timely paid the tax thereon in the amount of $11,076,564.

4. On November 11, 2003, plaintiff timely filed with the IRS, a claim for refund for calendar year 1999, on an amended Form 990-T, in the amount of $8,024,529, on the grounds that it overstated its unrelated business taxable income for 1999 by $29,134,412.

5. On or about November 15, 2001, plaintiff timely filed with the IRS Form 990-T, Exempt Organization Business Income Tax Return, for calendar year 2000 ("2000 Form 990-T").

6. On its 2000 Form 990-T, plaintiff reported unrelated business taxable income in the amount of $48,648,189, and timely paid the tax thereon in the amount of $11,565,475.

7. On January 29, 2004, plaintiff timely filed with the IRS, a claim for refund for calendar year 2000, on an amended Form 990-T, in the amount of

$8,011,471, on the grounds that it overstated its unrelated business taxable income for 1999 by $30,477,774.

8. On or about November 15, 2002, plaintiff timely filed with the IRS Form 990-T, Exempt Organization Business Income Tax Return, for calendar year 2001 ("2001 Form 990-T").

9. On its 2001 Form 990-T, plaintiff reported unrelated business taxable income in the amount of $19,894,376, and timely paid the tax thereon in the amount of $4,722,777.

10. On January 26, 2004, plaintiff timely filed with the IRS, a claim for refund for calendar year 2001, on an amended Form 990-T, in the amount of $4,722,777 on the grounds that it overstated its unrelated business taxable income for 2001 by $19,894,376.

11. On or about November 15, 2003, plaintiff timely filed with the IRS Form 990-T, Exempt Organization Business Income Tax Return, for calendar year 2002 ("2002 Form 990-T").

12. On its 2002 Form 990-T, plaintiff reported unrelated business taxable income in the amount of $4,751,169, and timely paid the tax thereon in the amount of $1,697,949.

13. On January 26, 2004, plaintiff timely filed with the IRS, a claim for refund for calendar year 2002, on an amended Form 990-T, in the amount of $1,697,949, on the grounds that it overstated its unrelated business taxable income for 1999 by $4,751,169.

14. On July 26, 2006, the IRS issued to plaintiff Form 3602 advising plaintiff that its claims for refund for the years 1999, 2000, 2001 and 2002, in the respective amounts of $8,024,529, $8,011,471, $4,722,777 and $1,697,949, were denied in full.

15. Plaintiff timely filed its respective claims for refund for 1999, 2000, 2001 and 2002 under section 6511(a) of the Code within 3 years from the time it filed its respective Forms 990-T for those four years.

16. The IRS denied plaintiff's claims for refund in full, and this suit is brought more than 6 months after the date plaintiff filed its claims for refund and within 2 years of the date on which the IRS denied plaintiff's claims.

17. Inasmuch as all requirements of the Code have been met, the Court has jurisdiction under § 1491 of Title 28 of the United States Code to hear this suit.

18. Plaintiff is a volunteer employees' beneficiary association ("VEBA") under the terms of section 501(c)(9) of the Code whose address is C/O State Street Bank, 2 Avenue De Lafayette, Boston, Massachusetts 02111 ("State Street").

19. The VEBA operates pursuant to an amended and restated trust agreement, effective January 1, 1998, for the purpose of funding permissible welfare benefits for collectively-bargained and other employees and retirees (and their beneficiaries) of Northrop Grumman Corporation and its subsidiaries, such as medical, dental, disability, life insurance and accident benefits.

20. For calendar year 1999, plaintiff timely filed its 2000 Form 990-T on which it erroneously included on line 34 $29,134,412 of unrelated business taxable income.

21. For calendar year 2000, plaintiff timely filed its 2000 Form 990-T on which it erroneously included on line 34 $30,477,774 of unrelated business taxable income.

22. For calendar year 2001, plaintiff timely filed its 2000 Form 990-T on which it erroneously included on line 34 $19,894,376 of unrelated business taxable income.

23. For calendar year 2002, plaintiff timely filed its 2000 Form 990-T on which it erroneously included on line 34 $4,751,169 of unrelated business taxable income.

24. The amounts referred to in paragraphs 20, 21, 22 and 23 included on lines 34 of plaintiff's 1999, 2000. 2001 and 2002 Forms 990-T properly should have been excluded as exempt function income within the meaning of section 512(a)(3)(A)and (B) of the Code.

25. For the calendar years 1999, 2000, 2001 and 2002, plaintiff erroneously paid income tax in the respective amounts of $8,024,529, $8,011,471, $4,722,777 and $1,697,949 on the amounts it erroneously reported as unrelated business taxable income for those four years.

26. Defendant owes plaintiff $22,456,726, plus interest according to law.

WHEREFORE, plaintiff demands judgment against defendant for the sum of twenty-two million four hundred fifty-six thousand seven hundred twenty-six dollars ($22,456,726), plus interest according to law.

Signed: Eric R. Fox
Eric R. Fox

Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.—202-662-3406
Facsimile No.—202-393-7601
E-Mail Address.—ericfox@ipbtax.com

Kevin P. O'Brien
Of Counsel
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.—202-662-3411
Facsimile No.—202-393-7601
E-Mail Address.—kpobrien@ipbtax.com

Patrick J. Smith
Of Counsel
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.—202-393-7600
Facsimile No.—202-393-7601
E-Mail Address.—psmith@ipbtax.com

January 14, 2008