# In the United States Court of Federal Claims

No. 08-23T

(Filed: January 15, 2008)

****************************************** *
*
NORTHROP CORPORATION EMPLOYEE, *
INSURANCE BENEFIT PLANS MASTER TRUST, *
*
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

Pursuant to 28 U.S.C. § 455, the Clerk is directed to reassign the above captioned case.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge