***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| NORTHROP CORPORATION,<br>EMPLOYEE INSURANCE BENEFIT<br>PLANS MASTER TRUST, | ) | |
| Plaintiffs, | ) | **No. 08-23 T** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jason Bergmann as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Jason Bergmann, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

January 29, 2008

s/Jason Bergmann
Jason Bergmann
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 616-3425
Fax (202) 514-9440
*jason.bergmann@usdoj.gov*