# In the United States Court of Federal Claims

No. 08-023 T

(Filed: April 1, 2008)

| | |
|---|---|
| ************************************ | |
| **NORTHROP CORPORATION** | * |
| **EMPLOYEE INSURANCE BENEFIT** | * |
| **PLANS MASTER TRUST** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

On March 14, 2008, Defendant filed an unopposed motion for suspension of proceedings or, in the alternative, for an enlargement of time to respond to the complaint.

Defendant states that the legal question presented by this case is substantially identical to the one at issue in *CNG Transmission Management VEBA v. United States*, Fed. Cl. No. 06-541 (filed July 27, 2006), which is pending before Judge Lynn J. Bush. Discovery has been completed in *CNG* and the parties are preparing to brief this legal question on cross-motions for summary judgment. Defendant indicates that both parties would appeal an adverse decision on the cross-motions in *CNG* to the Court of Appeals for the Federal Circuit.

Defendant proposes that this case be stayed, pending resolution of a future appeal to the Federal Circuit on the unfiled cross-motions in *CNG*. Depending upon which party prevails in *CNG*, Defendant believes that this case could be resolved or "the parties *could possibly* streamline further proceedings in this case." (Emphasis added.) If the Court declines to grant the requested stay, Defendant moves in the alternative for a sixty day enlargement of time to respond to the complaint.

The Court notes, as the parties must undoubtedly be aware, that the briefing, decision, and appeal on the cross-motions for summary judgment in *CNG* could take a significant amount of time. Briefing on the cross-motions alone is not scheduled to conclude until July 18, 2008.

The possibility that discovery *might* be "streamlined," although potentially beneficial to the parties, seems an insufficient reason to maintain an indefinite and likely lengthy stay.

The Court GRANTS Defendant's motion for an enlargement of time to respond to the complaint. Defendant shall respond to the complaint on or before **June 2, 2008**.

The Court further ORDERS the parties to appear for a telephonic status conference on **May 14, 2008, at 3:00pm Eastern Time**. At the status conference, the parties shall be prepared to inform the Court as to the nature of the legal question at issue in *CNG*, the basic factual differences between *CNG* and the present case, and exactly how a decision in *CNG* could either resolve this case or "streamline" discovery. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at 202.357.6483 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge