# In the United States Court of Federal Claims

No. 08-23 T

(Filed June 10, 2008)

* * * * * * * * * * * * * * * * * * * * *
NORTHROP CORPORATION EMPLOYEE INSURANCE BENEFIT PLANS MASTER TRUST,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Northrop Corporation Employee Insurance Benefit Plans Master Trust (Northrop Benefit Plans) filed suit in this court on January 14, 2008. On March 14, 2008, defendant filed an Unopposed Motion for Suspension of [Proceedings] Or, in the Alternative, For Enlargement of Time to Respond to the Complaint, which was granted by the court on April 1, 2008, extending defendant's time for responding to plaintiff's complaint until June 2, 2008. Plaintiff amended its complaint on May 15, 2008. This case was transferred to the undersigned on June 6, 2008.

The court has not received a responsive pleading from defendant in the subject matter, which was due June 2, 2008. For the reasons stated in defendant's unopposed motion for a suspension of proceedings, the court has revisited that motion and believes a stay of proceedings is appropriate. The parties are, of course, free to move to lift such a stay at any time. The court also notes that the special procedures order, entered in this case on February 7, 2008, is not necessarily tailored to the requirements of the chambers of the undersigned.

Therefore, until further order of the court, the parties shall proceed in accordance with the Rules of the United States Court of Federal Claims.

Accordingly, it is hereby **ORDERED** that:

(1) The subject matter is **STAYED** until a decision on similar legal issues in *CNG Transmission Management VEBA v. United States*, No. 06-541 T (*CNG*), has been rendered and appeals therefrom, if any, have been resolved by the United States Court of Appeals for the Federal Circuit;

(2) The parties shall **FILE** a **Joint Status Report** within **thirty days** of the later of a dispositive decision in *CNG* or a ruling by the Federal Circuit on an appeal therefrom; and

(3) The court's special procedures order, entered February 7, 2008, is **RESCINDED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge